UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CONNIE BROWN,** Individually and on behalf of all others similarly situated | § § § § | Civil Action No. 2:20-cv-11510-DPH-DRG |
| *Plaintiff,* | § § | |
| v. | § § | |
| **PSCU, INC.** | § § | |
| *Defendant.* | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

**ORDER APPROVING SETTLEMENT AND
DISMISSAL OF LAWSUIT WITH PREJUDICE**

After a review of Plaintiff's Unopposed Motion for Approval of FLSA Settlement, the Settlement Agreement and Release ("Agreement") and its corresponding exhibits, and the Declaration of Plaintiff's Counsel (ECF No. 91) is GRANTED. The Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act.

It is therefore, on this 26th day of January , 2024, Ordered and Adjudged as Follows:

1. The Proposed Agreement is APPROVED, including, but not limited to, the exhibits to the Agreement, the Service Award to Plaintiff Brown, attorneys' fees and costs to Plaintiff's Counsel, the Notice of Settlement, and the Notice Process.

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Agreement;

- Rust Consulting, Inc. will serve as "Settlement Administrator" in the administration services described in the Agreement;

- Named Plaintiff Brown is appointed as the representatives for the Settlement Collective; and

- Plaintiff's Counsel (Clif Alexander and Austin W. Anderson of Anderson Alexander, PLLC and Jennifer McManus of Fagan McManus, P.C.) are approved as Collective Counsel for the Settlement Collective.

IT IS FURTHER ORDERED that the form and content of the Notice of Proposed Settlement attached to the Motion to Approve Settlement is adequate, proper, comports with Due Process, and it is hereby approved and authorized for distribution to Collective Members;

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case be and is DISMISSED with Prejudice and without attorney fees or costs, except as provided in the Settlement Agreement.

Dated: January 26, 2024

s/Denise Page Hood
United States District Judge